# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| v. | |
| **DANIEL MORRIS DOYLE** | CASE NUMBER: 1:18-mj-00192 |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or between January 27, 2018 and February 28, 2018 in Johnson County, in the Southern District of Indiana, and elsewhere Daniel Morris Doyle committed the following criminal offenses:

Count 1: Doyle knowingly distribute visual depictions of a minor child engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1) and (b)(2);

Count 2: Doyle knowing possessed visual depictions of a minor child engaging in sexually explicit conduct, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(1)and(2).

I further state that I am a Special Agent, and that this complaint is based on the following facts:

**SEE ATTACHED AFFIDAVIT**

**Continued on the attached sheet and made a part hereof.**

_____
Michael David Johnson, Special Agent, HSI

**Sworn to before me, and subscribed in my presence**

March 1, 2018
**Date**

at Indianapolis, Indiana

Debra McVicker Lynch, U.S. Magistrate Judge
**Name and Title of Judicial Officer**

_____
**Signature of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Michael Johnson, being duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      **Affiant**:   I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"). I am currently assigned to the Office of the Resident Agent in Charge, Indianapolis, Indiana (RAC/IP). I have been employed as a Special Agent with HSI since February of 2006. Before being appointed as a Special Agent with HSI, I was a Police Officer for the City of Indianapolis for approximately eleven years. The last four years, I was assigned to a federal task force. During my experience with both agencies, I have been involved in numerous investigations, including those involving production, advertising, distribution and possession of child pornography. I have had training through the Federal Law Enforcement Training Center, HSI, the Indiana State Police, Office of Juvenile Justice Prevention, the United States Attorney's Office, and Project Safe Childhood in investigating computer related crimes and child exploitation. Since being employed with HSI, I was temporarily assigned to HSI's Cyber Crimes Center (C3). During that assignment, I worked on active undercover cyber investigations as well as the cataloging of over 10,000 images and videos of child pornography. I have been involved in over 100 investigations pertaining to the sexual exploitation of children.

2. **Probable Cause:** For the reasons listed below, there is probable cause to believe that **Daniel Morris Doyle (DOYLE)** with a DOB of XX-XXX-1985 (known to affiant, but redacted) has committed the following offenses in the Southern District of Indiana and elsewhere:

    a. **Count 1: Distribution of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct:** On or between January 27, 2018 and February 28, 2018, within the Southern District of Indiana and elsewhere, **DANIEL DOYLE** knowingly distributed and received visual depictions, using any means or facility of interstate or foreign commerce, by any means including by computer, where the producing of such visual depictions involves the use of a minor engaging in sexually explicit conduct, and such visual depictions are of such conduct, including at least one visual depiction of a child who the Defendant knew to be prepubescent or less than 12 years of age and **DANIEL DOYLE** has a prior conviction under the laws of any State relating to aggravated sexual abuse or sexual abuse, in violation of 18 U.S.C. § 2252(a)(2) and (b)(1) and (b)(2);

    b. **Count 2: Possession of a Visual Depiction of a Minor Engaging in Sexually Explicit Conduct:** On or between January 27, 2018 and February 28, 2018, within the Southern District of Indiana and elsewhere, **DANIEL DOYLE** knowingly possessed matter which contains any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or

affecting interstate or foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, where the producing of such visual depiction involves the use of a minor engaging in sexually explicit conduct, and such visual depiction is of such conduct, including at least one visual depiction of a child who the Defendant knew to be prepubescent or less than 12 years of age and DANIEL DOYLE has a prior conviction under the laws of any State relating to aggravated sexual abuse or sexual abuse, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(1)and(2);

3. **Child Pornography Trafficking (18 U.S.C. § 2252):** This investigation concerns alleged violations of 18 U.S.C. § 2252, which prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, or possessing any visual depiction of minors engaging in sexually explicit conduct when such visual depiction was either mailed or shipped or transported in interstate or foreign commerce by any means, including by computer, or when such visual depiction was produced using materials that had traveled in interstate or foreign commerce. There are additional penalties for offenders who possession, distribution, receipt, reproduction, or transportation of visual depictions includes visual depictions of pre-pubescent children or children who are less than 12 years of age. There are also additional penalties for offenders who violate this section after they have a prior conviction for an offense under this chapter, section 1591, chapter 71, chapter 109A, or chapter 117, or under section 920 of title 10

(article 120 of the Uniform Code of Military Justice), or under the laws of any State relating to aggravated sexual abuse, sexual abuse, or abusive sexual conduct involving a minor or ward, or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, or sex trafficking of children.

4. **Definitions**: The following definitions apply to this Affidavit:

a. The term "minor," as defined in 18 U.S.C. § 2256(1), refers to any person under the age of eighteen years.

b. The term "sexually explicit conduct," 18 U.S.C. § 2256(2)(A)(i-v), is defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic areas of any person.

c. The term "visual depiction," as defined in 18 U.S.C. § 2256(5), includes undeveloped film and videotape, data stored on computer disc or other electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

d. The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and

includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

  e. The term "Internet Service Providers" (ISPs), as used herein, are commercial organizations that are in business to provide individuals and businesses access to the Internet. ISPs provide a range of functions for their customers including access to the Internet, web hosting, email, remote storage, and co-location of computers and other communications equipment.

  f. The term "Internet Protocol address" (IP address), as used herein, is a code made up of numbers separated by dots that identifies a particular computer on the Internet. Every computer requires an IP address to connect to the Internet. IP addresses can be dynamic, meaning that the ISP assigns a different unique number to a computer every time it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

  g. **Twitter:** Twitter is an online social media platform. Users can interact through text posts, messages, and the posting/sharing of digital images and videos.

  h. **Cyber Tipline / Reports**: The National Center for Missing and Exploited Children (NCMEC) operates a reporting mechanism known as the NCME Cyber Tipline. The Cyber Tipline provides the public and electronic service providers (ESPs) with the ability to report online (and via

toll-free telephone) instances of online enticement of children for sexual acts, extra-familial child sexual molestation, child pornography, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, and misleading words or digital images on the Internet. NCMEC continuously reviews Cyber Tipline reports to ensure that reports of children who may be in imminent danger get first priority. After NCMEC's review is completed, all information in a Cyber Tipline report (hereinafter referred to as "CT") is made available to law enforcement.

5. **Case Overview – Daniel Doyle:** On February 28, 2018, the Department of Homeland Security along with the Hamilton County Crimes Against Children Task Force executed search warrants on DOYLE's person as well as his vehicle at 2114 Sheek Rd, Greenwood, IN 46143. Present was DOYLE, who was advised of his *Miranda* rights and interviewed. He admitted to knowingly distributing and receiving visual depictions of minors engaging in sexually explicit conduct through Twitter. Evidence recovered from Doyle's iPhone showed the defendant's involvement in distributing, receiving, and possessing child pornography, including images of pre-pubescent children and toddlers, as well as images of children being sexually abused.

6. **Obtaining Search Warrant:** I obtained search warrants from the Federal District Court for the Southern District of Indiana on February 28, 2018. They authorized a search of Doyle, a residence, and Doyle's vehicle. The information used to support the warrant includes the following:

a. **Investigation of Twitter user Para_Cure:** In January 2018, NCMEC received a CT from Twitter regarding account "Para_Cure" ("Suspect Account"). According to the information contained in the CT, on January 27, 2018, a user of the Suspect Account uploaded the image file JeTaDih8.jpg. The CT indicated that the file had been viewed by Twitter. The file depicts a pre-pubescent male child who is nude from at least the waist down. The victim is lying on his back with his legs spread. An adult male's penis is being inserted into the child's rectum.

b. Twitter provided information related to the account including subscriber information, IP addresses for account login/access, and additional image and video files associated with the account.

c. User provided information: The user of the Suspect Account provided the following information during the creation and/or use of the Suspect Account:

    i. Email: para_cure@aol.com

    ii. Profile: Fan of the Boston Red Sox, Dallas Cowboys and Indy Fuel. always down for a chat about almost anything. HMU if u want. Uncle. 0+.

d. **Comcast subscriber information:** Among the login IP addresses associated with use of the "Para_Cure" Twitter account was the IP Address 96.82.45.33. During dates and times relevant to the Suspect Account being accessed, this IP address was used by an internet service

located at a bookstore called "The Book Table" located at 8400 East 33rd Street, Indianapolis, Indiana 46226.

e. **Identification of Daniel Doyle**: Included in the files provided by Twitter in the CT were a number of images of a particular adult male.

i. Included in the same group of files were images that appear to have been taken during events associated with the Indy Fuel hockey team inside the Indiana Farmers Coliseum at the Indiana State Fairgrounds in Indianapolis, Indiana.

ii. On February 27, 2018, I located the particular adult male featured in the images on the Para-Cure Twitter account. He was at the Indiana State Fairgrounds. I observed this adult male get into a vehicle alone and drive away from the fairgrounds.

iii. According the Indiana BMV, this vehicle was registered to DANIEL DOYLE at **xxxx Branifield Drive, Franklin, Indiana 46131** (exact address redacted but known to affiant).

iv. The adult male depicted in the images in the Para_Cure Twitter account appeared to be the same adult male in the Indiana BMV photo associated with the name found on the vehicle registration, Daniel Doyle.

v. Doyle is a registered sex offender as a result of a State of Tennessee conviction of sexual battery.

vi. In reviewing records associated with Doyle's sex offender registration, Doyle in fact works at "The Book Table" located at 8400 East 33rd Street, Indianapolis, Indiana 46226. Doyle provided the Johnson County Indiana Sheriff's Department the email address of para_cure@aol.com as an email address for Doyle.

vii. The sex offender registry also indicates that Doyle resides at the Branifield address.

7. **Search Warrant Execution:** On February 28, 2018, the search warrant was served on DANIEL DOYLE at 2114 Sheek Rd, Greenwood, IN 46143.

8. **Doyle Interview:** DOYLE was advised of his *Miranda* rights and agreed to be interviewed. He provided the following information:

a. DOYLE admitted to being Twitter user "Para_Cure" and to using this account to traffic in child pornography.

b. DOYLE admitted to using multiple online platforms to traffic in child pornography including twitter, Kik, wickr and Telegram.

c. DOYLE was shown the file described in paragraph 6a. DOYLE admitted to having received that file via Twitter.

d. DOYLE admitted to having stored child pornography on his Apple I-phone and on a Dropbox cloud storage account that he had created.

e. DOYLE indicated that he is sexually attracted to children of any age.

9.      **Forensic Examination**: On-Scene examinations were performed on Doyle's iPhone, which was found inside of Doyle vehicle, pursuant to the search warrant. The examination revealed the following information:

   a.   DOYLE is using the applications listed in paragraph 8b to distribute and receive child pornography.

   b.   Files depicting child pornography, including the file described in 6a were discovered in the logical storage on DOYLE's I-phone.

   c.   Doyle was engaging in explicit chat about the sexual abuse of children with whom DOYLE is acquainted or to which DOYLE has access.

10.    Doyle distributed and received sexually explicit images of children while he was located in the Southern District of Indiana. The Internet, used to transmit visual depictions of minors engaged in sexually explicit conduct, is a means and facility of interstate and foreign commerce. The iPhone recovered from DOYLE was manufactured outside of the State of Indiana.

11.    The offense of Sexual Battery in the State of Tennessee is defined as follows:

   a.   Sexual battery is unlawful sexual contact with a victim by the defendant or the defendant by a victim accompanied by any of the following circumstances: Force or coercion is used to accomplish the act; The sexual contact is accomplished without the consent of the victim and the defendant knows or has reason to know at the time of the contact that the victim did not consent; The defendant knows or has reason to know that the victim is

mentally defective, mentally incapacitated or physically helpless; or the sexual contact is accomplished by fraud.

    b.    Sexual battery is a Class E felony.

12.    **Conclusion** Based upon the contents of this Affidavit, there is probable cause to believe that **Daniel Doyle** has committed the above listed offenses. I respectfully request that the Court issue a Criminal Complaint and Arrest Warrant for **Daniel Doyle** charging him with the offense listed above.

_____
Michael David Johnson, Special Agent
Homeland Security Investigations

Subscribed and sworn before me this 1st day of March, 2018

_____
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana