UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| V. | ) CAUSE NO. 1:18-mj-00192 |
| DANIEL MORRIS DOYLE, | ) |
| Defendant. | ) |

**PENALTY SHEET**

You have been charged in a Complaint with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number(s) | Statute | Years | Fine | Supervised Release | Other Conditions |
|---|---|---|---|---|---|
| 1 | Title 18 U.S.C. § 2252(a)(2), and (b)(1), and (b)(2) Knowingly distribute Child Pornography | 15-40 | Up to $250,000 | Lifetime | |
| 2 | Title 18 U.S.C. § 2252(a)(4)(B) and (b)(1)and(2) Knowingly possess Child Pornography | 10-20 | Up to $250,000 | Lifetime | |

Dated: _____     _____
                            Daniel Morris Doyle,
                            Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana